Revised 3/30/21

# CRIMINAL CASE COVER SHEET

By: [✓] INDICTMENT  [ ] SUPERSEDING Case Number: _____
    [ ] INFORMATION *(Requires AO 455 Waiver of Indictment for Felony Cases)*
    [ ] RULE 20

USA V. **Brandon Ray Reece**

[✓] Felony  [ ] Class A Misdemeanor *(AO86A Consent form required at Initial Appearance)*
[ ] Misdemeanor *(Not class A)*  [ ] Petty Offense

[ ] Defendant is being added to existing criminal case
[ ] Charges/Counts Added

Immigration Cases: [ ] Zone A  [ ] Zone B

Name of Assigned AUSA: **Caroline S. Poore**

Matter Sealed:  [ ] YES  [✓] NO   Place of Offense: **Knox County, TN**

[ ] Interpreter Required   Language: _____

Issue:  [✓] WARRANT  [ ] SUMMONS  [ ] WRIT (Motion to be filed)

Arresting Agency:  [ ] DEA  [✓] ATF  [ ] USMS  [ ] FBI  [ ] Other: _____

Current Trial Date (if any): _____ before Judge _____

[ ] Criminal Complaint Filed   Case Number: _____
[ ] Defendant on Supervised Release   Case Number: _____

Related Case/Attorney:

Case Number _____   Attorney _____

Reason for Related Case Determination _____

Defense Counsel (if any): _____

[ ] Federal Defender  [ ] CJA  [ ] Retained

Appointed by Target Letter   Case Number: _____
Appointed in Pending Indictment   Case Number: _____

CHARGES:  Total # of Counts for this Defendant **1**

Attorney Signature _____

CRIMINAL CASE COVER SHEET

Case Number _____

USA v. Brandon Ray Reece

|   | Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|---|
| 1 | 18 USC 922 (g)(1) | Felon in Possession of a Firearm | N | | |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |