# CRIMINAL CASE COVER SHEET

By: ☐ INDICTMENT ☒ SUPERSEDING    Case Number: 3:23-CR-119
☐ INFORMATION (*Requires AO 455 Waiver of Indictment for Felony Cases*)
☐ RULE 20

USA v. BRANDON RAY REECE

☒ Felony  ☐ Class A Misdemeanor (*AO 86A Consent form required at Initial Appearance*)
☐ Misdemeanor (Not Class A)  ☐ Petty Offense

Immigration Cases
☐ Defendant is being added to existing criminal case   ☐ Zone A   ☐ Zone B
☐ Charges/Counts Added

Name of Assigned AUSA: CAROLINE S. POORE

Matter Sealed: YES ☒ NO    Place of Offense: Knox County, TN
☐ Interpreter Required   Language:

Issued: ☐ WARRANT  ☐ SUMMONS  ☐ WRIT (*Motion to be filed*)

Arresting Agency: ☐ DEA  ☒ ATF  ☐ USMS  ☐ FBI  Other:

Current Trial Date (*if any*): October 29, 2024   before Judge Crytzer

☐ Criminal Complaint Filed   Case Number:
☐ Defendant on Supervised Release  Case Number:

Related Case/Attorney:

Case Number:              Attorney:

Reason for Related Case Determination:

Defense Counsel (*if any*):

☐ Federal Defender  ☒ CJA  ☐ Retained  Ashlee Mathis

Appointed by Target Letter   Case Number:
Appointed in Pending Indictment  Case Number:

CHARGES: Total number of Counts for this Defendant: 6

Attorney Signature: _____

# CRIMINAL CASE COVER SHEET

Case Number: 3:23-CR-119
USA v. BRANDON RAY REECE

| Title & Section | Description of Offense | New Count? Y or N | New Count# | Old Count# |
|---|---|---|---|---|
| Title 18, United States Code, Section 922(g)(1). | Knowing he was previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, that is, a Ruger EC9S 9mm semi-automatic pistol, and ammunition, and the firearm and ammunition were transported in interstate or foreign commerce | N | | 1 |
| Title 18, United States Code, Section 922(g)(1). | Knowing he was previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, that is, a Ruger SR1911 .45 caliber semi-automatic pistol, and the firearm was transported in interstate or foreign commerce | N | | 2 |
| Title 18, United States Code, Section 932(b)(1). | Knowingly, intentionally, and without authority combine, conspire, confederate, and agree with one another to purchase a firearm, that is, a Ruger SR1911 .45 caliber semi-automatic pistol, in or otherwise affecting interstate or foreign commerce, for, on behalf of, and at the request and demand of BRANDON RAY REECE, knowing and having reasonable cause to believe that BRANDON RAY REECE had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year | N | | 3 |
| Title 18, United States Code, Section 933(a)(1), (a)(3), and (b). | Knowingly, intentionally, and without authority combine, conspire, confederate, and agree with one another to transport, transfer, cause to be transported, and otherwise dispose of a firearm, that is, a Ruger SR1911 .45 caliber semi-automatic pistol, to BRANDON RAY REECE, in and otherwise affecting commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by BRANDON REECE would constitute a felony | N | | 5 |
| Title 18, United States Code, Section 932(b)(1). | Knowingly, intentionally, and without authority combine, conspire, confederate, and agree with one another to purchase a firearm, that is, a Ruger EC9S 9mm semi-automatic pistol, in and otherwise affecting interstate or foreign commerce, for, on behalf of, and at the request and demand of BRANDON RAY REECE, knowing and having reasonable cause to believe that BRANDON RAY REECE had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year | N | | 7 |

# CRIMINAL CASE COVER SHEET

Case Number: 3:23-CR-119
USA v. BRANDON RAY REECE

| Title & Section | Description of Offense | New Count? Y or N | New Count# | Old Count# |
|---|---|---|---|---|
| Title 18, United States Code, Section 933(a)(1), (a)(3), and (b). | Knowingly, intentionally, and without authority combine, conspire, confederate, and agree with one another to transport, transfer, cause to be transported, and otherwise dispose of a firearm, that is, a Ruger EC9S 9mm semi-automatic pistol, to BRANDON RAY REECE, in and otherwise affecting commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by BRANDON RAY REECE would constitute a felony | N | | 8 |