# CRIMINAL CASE COVER SHEET

By: ☐ INDICTMENT ☒ SUPERSEDING Case Number: 3:23-CR-119
☐ INFORMATION (*Requires AO 455 Waiver of Indictment for Felony Cases*)
☐ RULE 20

USA v. COURTNEY LEIGH REECE

☒ Felony ☐ Class A Misdemeanor (*AO 86A Consent form required at Initial Appearance*)
☐ Misdemeanor (Not Class A) ☐ Petty Offense

☐ Defendant is being added to existing criminal case
☐ Charges/Counts Added

Immigration Cases
☐ Zone A ☐ Zone B

Name of Assigned AUSA: CAROLINE S. POORE

Matter Sealed: YES ✕ NO
☐ Interpreter Required Language:

Place of Offense: Knox County, TN

Issued: ☐ WARRANT ☐ SUMMONS ☐ WRIT (*Motion to be filed*)

Arresting Agency: ☐ DEA ☒ ATF ☐ USMS ☐ FBI Other:

Current Trial Date (*if any*): October 29, 2024 before Judge Crytzer

☐ Criminal Complaint Filed Case Number:
☐ Defendant on Supervised Release Case Number:

Related Case/Attorney:

Case Number: Attorney:

Reason for Related Case Determination:

Defense Counsel (*if any*):

☐ Federal Defender ☐ CJA ☒ Retained Ann Short

Appointed by Target Letter Case Number:
Appointed in Pending Indictment Case Number:

CHARGES: Total number of Counts for this Defendant: 4

Attorney Signature: _____

# CRIMINAL CASE COVER SHEET

Case Number: 3:23-CR-119

USA v.  COURTNEY LEIGH REECE

| Title & Section | Description of Offense | New Count? Y or N | New Count# | Old Count# |
|---|---|---|---|---|
| Title 18, United States Code, Section 932(b)(1). | Knowingly, intentionally, and without authority combine, conspire, confederate, and agree with one another to purchase a firearm, that is, a Ruger SR1911 .45 caliber semi-automatic pistol, in or otherwise affecting interstate or foreign commerce, for, on behalf of, and at the request and demand of BRANDON RAY REECE, knowing and having reasonable cause to believe that BRANDON RAY REECE had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year | N | | 3 |
| Title 18, United States Code, Section 932(b)(1). | Knowingly purchasing a firearm, that is, a Ruger SR1911 .45 caliber semi-automatic pistol, in or otherwise affecting interstate or foreign commerce, for, on behalf of, and at the request or demand of Brandon Reece, knowing and having reasonable cause to believe that Brandon Ray Reece had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year | N | | 4 |
| Title 18, United States Code, Section 933(a)(1), (a)(3), and (b). | Knowingly, intentionally, and without authority combine, conspire, confederate, and agree with one another to transport, transfer, cause to be transported, and otherwise dispose of a firearm, that is, a Ruger SR1911 .45 caliber semi-automatic pistol, to BRANDON RAY REECE, in and otherwise affecting commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by BRANDON REECE would constitute a felony | N | | 5 |
| Title 18, United States Code, Sections 922(a)(6) and 924(a)(2). | In connection with the acquisition of a firearm from Crossroads Firearms, located at or near 5703 North Broadway, Knoxville, Tennessee 37918, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement in executing a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that she was the actual buyer of the firearm indicated on the Form 4473, when in fact, as the defendant then knew, she was not the actual buyer of the firearm. | N | | 6 |