# Event Search - P23288683

| | | | | | |
|---|---|---|---|---|---|
| **Added:** 11/28/2023 2:05:20 AM | | | **Dispatched:** 11/28/2023 2:24:03 AM | | |
| **Agency/Group:** KP/WEST | | | **Arrived:** | | |
| **Type/Subtype:** 1085/3 | | | **Closed:** 11/28/2023 2:59:53 AM | | |
| **ESZ:** 207 | | | **Closing Person:** 500678 | | |
| **Area:** 74 | | | **Closing Terminal:** cad-31 | | |
| **Location:** 701 MERCHANT DR KNOX: @WALLACE MEMORIAL BAPTIST CHURCH | | | **Closing Comments:** | | |
| **Cross Streets:** CLINTON PLAZA DR/SCENICWOOD RD | | | | | |
| **Comments:** : @WALLACE MEMORIAL BAPTIST CHURCH | | | | | |

| Unit ID | Vehicle ID | Case # | Event # | Disposition |
|---|---|---|---|---|
| 72A | 13560 | | | DUP |
| 73A | 13568 | | | |
| 75A | 21523 | | | |

**Caller Name:**
**Caller Address:**
**Caller Phone:**
**Call Source:**

**Remarks:**
73A HEARD GUNSHOTS JUST EAST OF 1020
** LOI search completed at 11/28/23 02:05:21
** Cross Referenced to Event # P23288685 at: 11/28/23 02:59:43
** >>>> by: 500678 on terminal: cad-31
**EXHIBIT 1**