Incident # 23-040979

Location: 720 Merchant Dr
Knoxville, TN 37912

Reported: 11/28/2023 03:02

Officer(s): Reporting: J Seder (2440), Car # 72A
Partner: E Harvey (2278), Car # 72A

Approval Status: Approved by Mike Geddings
on 11/28/2023 at 05:49

Dept. Assignment:
Clearance Status:

District: 147
Occurred: 11/28/2023 02:17 - 02:20
Submitted: 11/28/2023 03:43

Viewable By All: Yes

Dept. Status:

## Offenses (2)

**520 Weapon Law Violations**
Gang Activity: None/Unknown
Drug Related: No
Weapon/Force: Handgun (incl. semi-auto)

Bias Motivation: None
Status: Completed
Criminal Activity: Possessing/Concealing

**90Z-8 Evading Arrest**
Gang Activity: None/Unknown
Drug Related: No

Bias Motivation: None
Status: Completed

## Complainant

**Officer, KPD**
Address: 1650 Huron St
Knoxville, TN, 37917
SMT/Additional:

Phone #: 865-215-7000 (home)

## Victims (1)

**Society/Public**

SMT/Additional:

## Suspects (1)

**Reece, Brandon**
Sex: Male
DOB/Age Range: ███
Address: ███
███
Height: 6'01"
Hair Color: Brown
SMT/Additional:
Related Warrant(s): None   Link Warrant(s)
DMV/NCIC: Related inquiry exists (click to show/hide)

Race: White
Drivers License: ███
Phone #: 000-000-0000 (home)

Weight: 200 lbs
Eye Color: Blue



## Arrests (1)

**Reece, Brandon**
Type of Arrest: On-View Arrest
Arrest Location: 301 Inskip Dr
Knoxville, TN
Narrative: (show/hide)

Arrestee Type: Adult
Arrest Date/Time: 11/28/2023 02:20
Arresting Officer: J Seder

| Count | TCA Code | TCA Description | TIBRS Code |
|---|---|---|---|
| 1 | 39-17-1319 | Handgun Possession Prohibited | 520 |
| 1 | 39-16-603 | Evading Arrest | 90Z |
| 1 | 39-13-103 | Reckless Endangerment | 90Z |

## Properties (1)

**Handgun**
Brand/Make: Ruger
Property Type: Firearm
Value: $1.00
Serial #: 462-85601
Related to: 520 Weapon Law Violations

Model: EC9S
Status: Evidence
Evidence #: 23-040979
OAN #:
Description: Black Handgun

**EXHIBIT 2**

 Vehicles (1)

### '10 Chevrolet C/K 1500

| | | | |
|---|---|---|---|
| VIN | 1GCSCSE06AZ265832 | License | BGC1498 TN |
| Status | Towed | Value | $1 |
| Color | Black | Doors | 4 |
| Related to | 90Z-8 Evading Arrest | NCIC | N/A |

Towed: From Watson System, a vehicle matching this plate/VIN was towed to 3407 Vice Mayor Jack Sharp Rd., Knoxville TN by Cedar Bluff Towing. Ph #: (865) 966-0050 on 11/28/2023 at 02:38. Tow Reason: Violation of State Law

DMV/NCIC: Related inquiry exists (click to show/hide)

| | |
|---|---|
| Inquired | 11/28/2023 03:37:07 |
| DMV Returned | 11/28/2023 03:37:10 |
| NCIC Returned | 11/28/2023 03:37:08 |
| Results Last Viewed | 11/28/2023 03:37:22 |

```
RR.TN0000000
02:37 11/28/23 04171
02:37 11/28/23 00078 TN04701S2
*12511168
TXT
LIC/BGC1498 VIN/1GCSCSE06AZ265832 MAKE/CHEV YR/2010 EXP/20240831
TITLE/16000159812 MODEL/C15 BODY/ VCO/ BLK ADS/
OWNER/GEORGE CHARLES CO-OF-REG/DAVIDSON
SPECNEED/
ADDR/ 801 OAKWOOD TERRACE DR WT/ 000000000
ANTIOCH TN 37013 CLSCD/1000 ISSYR/2022
LHR1/ONE MAIN FINANCIAL GROUP LLC
ADDR/PO BOX 278 /WILMINGTON OH 45177
INS/UNCONFIRMED SRC/NONE EFF/

QV.TNNCIC000
02:37 11/28/23 02934
02:37 11/28/23 00077 TN04701S2
*12511168
TXT

TN04701S2


NO RECORD VIN/1GCSCSE06AZ265832
```

 Narrative/Case Notes (1)

On 11/28/2023 at 02:05 Hrs, Officer C. MCurry (2335) advised that he heard several gunshots in the area of 701 Merchants Dr.

Officers arrived on scene where two witnesses who wished to remain anonymous stated that they saw the driver of a black pick up truck fire off several rounds in the Austin Steakhouse parking lot and then flee eastbound on Merchants Dr.

Officers began surveying the area when they observed a Black colored Chevy Silverado bearing TN dealer tag DA03882 driving West bound on Merchants. Officers initiated a traffic stop at 720 Merchant Dr on the vehicle but the vehicle began fleeing. After a short pursuit, officers were able to apprehend the driver without further incident at Inskip Ballfields.

The driver was identified as Brandon Reece. A records check revealed Reece to be a convicted felon. Reece was convicted of aggravated burglary in 2002, robbery in 2003, second degree murder in 2006, and had an Order of Protection out against him.

A search of the vehicle revealed a Black 9mm Ruger EC9S handgun SN 462-85601 that was found with the slide locked to the rear on the floorboard of the front passenger seat. Additionally, officers found two live rounds in the drivers seat and one spent shell casing found in the floor board of the driver side back seat.

The vehicle was impounded and taken to the KPD impound lot.

Reece was transported to the Knox County Detention Facility.

This did occur in Knoxville, Knox County, TN. - J Seder

## Continuation #1

Reported: 11/29/2023 14:54  
Officer: MWaggoner (003292)  
Reason: Narrative/Case Note

Submitted: 11/29/2023 15:12  
Status: Pending approval/disapproval

 Narrative/Case Notes (1)

On 11/29/2023 at 14:54 hours, Officer MWaggoner (003292) wrote a continuation/supplement for a Weapon Law Violations at 720 Merchant Dr. During the follow up investigation regarding the suspect, Brandon Reece, w/m, 40, the complainant, Courtney Reece, w/f, 33, was informed that Brandon had been arrested the previous evening while in possession of a Ruger pistol which is the same make that Courtney Reece had reported stolen on 10 22 2023. The model and serial numbers were different on the Ruger that Brandon was in possession of when he was arrested on 11 28 2023.
After discussing the firearms with Courtney Reece she stated that there were other firearms that may have been stolen at the same time as her

report from 10 12 2023. (23-035231)
She was going to check 3 boxes that were in her residence to see if the serial numbers might match the firearm that had been seized from Brandon.
Since this original conversation I have attempted to contact Courtney six times via telephone.
She has not answered any of my phone calls

## Status, Assignment & Rights

| Department Status | Auth. Evid Release | Clearance Status | Assigned To | Inv. Priority | Confidential | Editable By | Viewable By | Partial Expungement | Full Expungement | Changed | Changed By | Comm |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

No status or assignment

## Linked Reports

[Add]

| Report # | Primary | Reason | Comments | Added/Edited | Action Link |
|---|---|---|---|---|---|

No linked reports