UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) | No. 3:23-CR-119-KAC-JEM |
| BRANDON RAY REECE, | ) ) ) | |
| Defendant. | ) ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or recommendation as appropriate. This matter is before the undersigned on Defendant Brandon Ray Reece's Motion to Bifurcate Trial [Doc. 78]. Defendant requests that the Court bifurcate the trial so that the jury may "make a determination as to the 18 U.S.C. § 922(g) allegations prior to addressing the factual bases of any prior felony offense for [Armed Career Criminal Act] purposes" [*Id*. at 2]. The Government filed a response indicating that it did not oppose this request if Defendant agreed to stipulate to his felon status [Doc. 87 p. 1].

The parties appeared before the undersigned for a motions hearing on March 25, 2025. Assistant United States Attorney Caroline Poore appeared on behalf the Government. Attorneys Gregory Isaacs and Ashlee Mathis represented Defendant, who was also present. The Court heard the parties' positions on the motion to bifurcate and ordered the parties to file a status report about whether they would stipulate to Defendant's felony conviction(s) underlying Counts One and Two of the Indictment [Doc. 92 p. 3].

The parties filed a Status Report Regarding Stipulations [Doc. 96]. The parties advised that Defendant intended to stipulate to his felon status and that the Government would prepare a

stipulation for review and execution [*Id*.at 1]. Hence, they informed the Court that a hearing would not be needed on the motion [*Id*.].

Considering the parties' status report, and upon consultation with District Judge Katherine A. Crytzer, the undersigned finds it appropriate for the Court to hold the Motion to Bifurcate Trial [**Doc. 78**] in **ABEYANCE**. To the extent a hearing is needed on the motion, the parties are **DIRECTED** to notify the undersigned immediately. Otherwise, Judge Crytzer will adjudicate the motion closer to the date set for trial.

**IT IS SO ORDERED**.

ENTER:

_____
Jill. E. McCook
United States Magistrate Judge